Daniel W. Maguire (SBN 120002)
E-mail: ldmaguire@bwslaw.com
Kristin P. Kyle de Bautista (SBN 221750)
E-mail: kkyledebautista@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Ste. 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600; Fax: 213.236.2700

Attorneys for: Defendants Provident Life Accident Insurance Company and Unum Group (formerly Unum Provident Corporation)

Ray Bourhis, Esq. (SBN 53196)
E-mail: legaladmin@raybourhis.com
Leslie Leone, Esq. (SBN 201258)
RAY BOURHIS ASSOCIATES
12 Funston Avenue, Ste. B
San Francisco, CA 94129
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for: Plaintiff Thomas Hadley, Esq.

# UNTITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HADLEY, ESQ.<br><br>    Plaintiff,<br><br>v.<br><br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, UNUMPROVIDENT CORPORATION, UNUM GROUP, and DOES 1 – 50, inclusive,<br>    Defendants. | Case No.: CV 14-01046 SC<br><br>STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER THEREON<br><br>Complaint Filed: March 3, 2014 |

1  IT IS HEREBY STIPULATED by and between Plaintiff THOMAS HADLEY, ESQ. and
2  Defendants PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,
3  UNUMPROVIDENT CORPORATION, UNUM GROUP, et al., by and through their counsel,
4  that the Case Management Conference ("CMC") be rescheduled as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| CMC | August 8, 2013 | September 19, 2014 |

Good cause exists for the continuance as the Parties have agreed to participate in private mediation at the first date available to all parties and counsel on September 18, 2014. The parties seek to continue the CMC and exchange of Initial Disclosures in an effort to be efficient and cost effective in attempting resolution of the matter prior to incurring costs and fees associated with same.

The Parties respectfully request that the Court continue the Case Management Conference from August 8, 2014 to September 19, 2014 at 10:00 a.m. in Courtroom 1, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. All attendant dates are continued according to the Court's Order Setting Case Management Conference.

Respectfully Submitted,

Dated: July 22, 2014

        BURKE, WILLIAMS & SORENSEN, LLP
        DANIEL W. MAGUIRE
        KRISTIN P. KYLE DE BAUTISTA

        By:  s/ Daniel W. Maguire
           DANIEL W. MAGUIRE
           Attorneys for Defendants
           Provident Life and Accident Insurance Company
           And Unum Group (formerly Unum Provident
           Corporation
           *[As authorized on July 22, 2014]*

1 | Dated: July 22, 2014

2 |                                         RAY BOURHIS ASSOCIATES
                                            RAY BOURHIS
3 |                                         LESLIE LEONE

4 |                                         By:___s/ Leslie Leone_____
5 |                                              RAY BOURHIS ASSOCIATES
                                                 Attorneys for Plaintiff
6 |                                              THOMAS HADLEY, ESQ.
                                                 *[As authorized on July 22, 2014]*
7 |

10 |     IT IS SO ORDERED:

14 | Dated: 07/24/2014

           [Signature: Samuel Conti]
           The Honorable Judge Samuel Conti
           (Seal: United States District Court, Northern District of California)

---

3                                                                    Case# CV 14-01046 SC

**STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE; PROPOSED ORDER THEREON**