UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| THOMAS HADLEY, ESQ., <br><br> Plaintiff, <br><br> v. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, UNUMPROVIDENT CORPORATION, UNUM GROUP, and DOES 1 – 50, inclusive, <br><br> Defendants. | Case No. C 14-01046 SC <br><br> (~~PROPOSED~~) ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

DATED: 10/08/2014   _____
HON. SANUEL CONTI
UNITED STATES SENIOR DISTRICT JUDGE